## ATTACHMENT A
### Statement of Facts- Donald Roberto Mendez-Lopez

*The United States and the Defendant stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

*La Mara Salvatrucha*, a/k/a the MS-13 gang ("MS-13"), is a gang composed primarily of immigrants or descendants of immigrants from El Salvador, with members operating in the State of Maryland, including Montgomery County and Prince George's County, and throughout the United States. In the United States, MS-13 has been functioning since at least the 1980s. MS-13 originated in Los Angeles, California, where MS-13 members banded together for protection against the larger Mexican groups. MS-13 evolved into a gang that engaged in turf wars for the control of drug distribution locations. MS-13 quickly spread to states across the country, including Maryland. MS-13 is a national and international criminal organization and is one of the largest street gangs in the United States. Gang members actively recruit members, including juveniles, from communities with a large number of Salvadorian immigrants.

At all relevant times, members of MS-13 from time to time signified their membership by wearing tattoos reading "MARA SALVATRUCHA," "MS," "MS-13," or similar tattoos, often written in gothic lettering. Members also signified their membership through tattoos of devil horns in various places on their bodies. Members sometime avoid conspicuous MS-13 tattoos with discreet ones such as "503," spider webs, three dots in a triangle formation signifying "vida loca," or clown faces with phrases such as "laugh now, cry later." Some MS-13 members have chosen not to have tattoos at all, or to have them placed on areas such as the hairline where they can be easily covered, in order to conceal their gang affiliation from law enforcement.

The gang colors of MS-13 were blue, black and white, and members often wore clothing, particularly sports jerseys, with the number "13" or with numbers that, when added together, totaled 13, such as "76." MS-13 members also wore blue and white clothing to represent their membership, including blue and white shoes such as Nike "Cortez." As with tattoos, some MS-13 members have selected more discreet ways of dressing in order to signify their membership and at the same time avoid detection by law enforcement. MS-13 members referred to one another by their gang names, or monikers, and often did not know fellow gang members except by their gang names.

At all relevant times, members of MS-13 were expected to protect the name, reputation, and status of the gang from rival gang members and other persons. MS-13 members required that all individuals show respect and deference to the gang and its membership. To protect the gang and to enhance its reputation, MS-13 members were expected to use any means necessary to force respect from those who showed disrespect, including acts of intimidation and violence.

At all relevant times, members and associates of MS-13 frequently engaged in criminal activity, including, but not limited to, murder, assault, kidnaping, robbery, extortion, obstruction of justice and threatening, intimidating and retaliating against witnesses, as well as attempts and conspiracies to commit such offenses. MS-13 members were required to commit acts of violence both to maintain membership and discipline within the gang and against rival gangs. Participation in criminal activity by a member, particularly violent acts directed at rival gangs or as directed by the gang leadership, increased the respect accorded to that member, resulted in that member maintaining or increasing his position in the gang, and opened the door to a promotion to a leadership position. One of the principal rules of MS-13 was that its members must attack and kill rivals whenever possible. Rivals are often referred to as "chavalas." MS-13, in the area of Prince George's County and Montgomery County, maintain rivalries with the 18th Street Gang, Latin Kings, Adelphi Crew, and the Lewisdale Crew, among others.

At all relevant times, prospective members who sought to join MS-13 were required to complete an initiation process. Individuals who associated with and were friends of the gang were called "paisas." Individuals who did favors and other acts for the gang were called "paros." Persons being observed by the gang for potential membership were known as "observations." Individuals who had advanced to the final level before being "jumped in" were called "chequeos," or "cheqs."[2] Chequeos underwent a probationary period during which they were required to commit crimes on behalf of MS-13 to achieve trust and prove their loyalty to the gang. To join MS-13 and become a full member or "homeboy," prospective members were required to complete an initiation process, often referred to as being "jumped in" or "beat in" to the gang. During that initiation, other members of MS-13 would beat the new member, usually until a gang member finished counting aloud to the number thirteen, representing the "13" in MS-13.

MS-13 is an international criminal organization, and is organized in Maryland and elsewhere into "cliques," that is, smaller groups operating in a specific city or region. Cliques operated under the umbrella rules of MS-13. MS-13 cliques often work together cooperatively to engage in criminal activity and to assist one another in avoiding detection by law enforcement. In Maryland and the surrounding area, these cliques included Sailors Locotes Salvatrucha Westside ("Sailors" or "SLSW"), Parkview Locotes Salvatrucha ("PVLS"), Normandie Locotes Salvatruchas ("NLS"), Weedons Locotes Salvatrucha ("WLS"), Peajes Locotes Salvatrucha ("PLS") and Langley Park Salvatruchas ("LPS").

MS-13, including its leadership, members and associates, constitute an "enterprise" as defined in Sections 1961(4) and 1959(b)(2) of Title 18, United States Code, that is, a group of individuals associated in fact that engage in, and the activities of which affect, interstate and foreign commerce. The enterprise constitutes an ongoing organization whose members function as a continuing unit for the common purpose of achieving the objectives of the enterprise. The purposes of the enterprise include the following:

---

[2]   The terms "MS-13 associate" or "associate of MS-13" are used broadly in this Statement of Facts and include persons known as paisas, paros, observations, and chequeos. In addition, the names of the titles for levels or ranks of involvement are constantly changing within MS-13.

1.      Preserving and protecting the power, territory and profits of the enterprise through the use of intimidation, violence, including assaults and murder, and threats of violence;

2.      Promoting and enhancing the enterprise and its members' and associates' activities;

3.      Keeping victims and potential victims in fear of the enterprise and in fear of its members and associates, through violence and threats of violence;

4.      Providing financial support and information to gang members, including those who were incarcerated for committing acts of violence or other offenses; and

5.      Providing assistance to other gang members who committed crimes for and on behalf of the gang in order to hinder, obstruct and prevent law enforcement officers from identifying the offender, apprehending the offender and trying and punishing the offender.

MS-13, in the District of Maryland and elsewhere, through its members and associates, engaged in racketeering activity as defined in Section 1961(1) of Title 18, United States Code, including multiple acts involving murder, robbery, extortion and multiple offenses involving the distribution of controlled substances, including marijuana and cocaine, in violation of federal laws and the laws of the state of Maryland.

From in or about April 2017 through at least August 2017, the Defendant, **DONALD ROBERTO MENDEZ-LOPEZ ("MENDEZ-LOPEZ")**, was a member and associate of the Sailors clique of MS-13.

From in or about April 2017 through at least August 2017, **MENDEZ-LOPEZ** knowingly and intentionally conspired with other members and associates of MS-13, both in the Sailors clique and other cliques of MS-13, to conduct and participate directly and indirectly in the conduct of the affairs of the enterprise, that is, **MENDEZ-LOPEZ** agreed with members and associates of the MS-13 gang to engage in a pattern of racketeering activity, including murder, robbery, extortion, and distribution of controlled substances, including marijuana and cocaine, all in order to further the interests of the enterprise. Furthermore, during this same time period, MS-13 gang members in the District of Maryland and elsewhere engaged in said racketeering acts.

<u>Murder of Victim-7</u>

In or about April and May of 2017, **MENDEZ-LOPEZ** was a member and associate of the Sailors Clique of MS-13. Co-Conspirator 1 ("CC-1") and Co-Conspirator 2 ("CC-2") were also members and associates of the Sailors Clique of MS-13, with CC-1 being a jumped-in homeboy. In or about April and May of 2017, **MENDEZ-LOPEZ** and CC-2 had the rank of observation within the Sailors Clique.

Victim-7 was homeless and resided in a wooden shed on a power line right of way in the area of Hyattsville, Maryland. MS-13 members and associates believed Victim-7 to be a chavala for reasons including his long hair and unkempt appearance.

11

In or about April or May of 2017, the exact date unknown, **MENDEZ-LOPEZ**, CC-1 and CC-2, armed with a knife and hammer, went to the shed where Victim-7 resided, for the purpose of killing Victim-7. CC-1, CC-2 and **MENDEZ-LOPEZ** entered the shed and attacked Vicim-7, causing his death.

CC-1, CC-2, and **MENDEZ-LOPEZ** then left the area and went to a location where they met with other members and associates of the Sailors Clique of MS-13. Both CC-2 and **MENDEZ-LOPEZ** were promoted to the rank of chequeo within the Sailors Clique after the murder of Victim-7.

The body of Victim-7 was found in the wooden shed on or about May 15, 2017. The body of Victim-7 was in an advanced stated of decomposition, due to the time that had passed between the murder and the discovery of the body. An autopsy was performed. According to the autopsy report, Victim-7 sustained at least six stab wounds to his head, a compression fracture to his skull, 13 stab wounds to his torso and probable other stab and cutting wounds. The cause of death was determined to be multiple sharp force injuries and the manner of death was found to be homicide.

**MENDEZ-LOPEZ**, CC-1 and CC-2, as a group, inflicted the wounds described in the autopsy report that resulted in the death of Victim-7.

### Distribution of Controlled Substances

From in or about April 2017 through at least August 2017, in furtherance of the racketeering conspiracy, members of the Sailors Clique of MS-13, **MENDEZ-LOPEZ** included, sold and distributed quantities of controlled substances, including marijuana, for the benefit of MS-13. As part of the distribution scheme, **MENDEZ-LOPEZ** received quantities of marijuana from homeboys of the Sailors Clique of MS-13, distributed the marijuana, received sales proceeds and paid the sales proceeds to Sailors Clique homeboys. The amount of marijuana distributed by the Defendant was at least 1 kilogram and less than 2.5 kilograms.

### Extortion Conspiracy

One of the ways that MS-13, particularly the Sailors Clique of MS-13, generated income was through the extortion of persons engaged in unlicensed or illegal businesses such as beer stores and brothels. These businesses were often operated out of apartments, and affected interstate commerce in ways including the sale or use of items that traveled in interstate commerce. The Sailors Clique, through the threat of force and violence, extorted weekly monetary "rent" payments from the proprietors of these businesses. If the businesses refused to pay the weekly rent, the consequences would be violence and if non-payment continued, death.

Between June and August of 2017, in areas including Langley Park, Maryland, **MENDEZ-LOPEZ** and other members and associates of the Sailors Clique of MS-13 planned and conspired to extort sums of money from the proprietors of unlicensed and illegal businesses, such as beer stores and brothels, for the purpose of generating money for use by the Sailors Clique of MS-13. In furtherance of the conspiracy, **MENDEZ-LOPEZ** and other members and associates of the

Sailors Clique searched for such businesses, located such businesses, imposed rent upon such businesses under the threat of force and violence if the rent was not paid, and collected weekly rent from such businesses. After the collection of rental payments, **MENDEZ-LOPEZ** and other members and associates of the Sailors Clique of MS-13, would deliver the rental payments to senior homeboy members of the Sailors Clique.

\* \* \*

I have read this statement of facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I acknowledge that it is true and correct and do not wish to change any part of it. I am completely satisfied with the representation of my attorney.

07/16/18
Date

Donald Roberto Mendez-Lopez

I am Donald Roberto Mendez-Lopez's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

7/16/18
Date

Charles Burnham, Esq.

13